216 U. S. Decisions on Petitions for Writs of Certiorari.

UNITED STATES, PETITIONER, *v.* J. W. HAMPTON, JR., & COMPANY. February 21, 1910. Petition for writs of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Lloyd* for the petitioner. *Mr. Thomas S. Gates* for the respondents.

———

No. 743. EUGENE M. ORGAIN, TRUSTEE, ETC., PETITIONER, *v.* JULIA MARTIN. February 28, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charles K. Bell* for the petitioner. *Mr. Walter Lyon* for the respondent.

———

No. 760. GREAT NORTHERN RAILWAY COMPANY, PETITIONER, *v.* WESTERN UNION TELEGRAPH COMPANY ET AL. February 28, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. W. R. Begg* and *Mr. John G. Johnson* for the petitioner. *Mr. John F. Dillon* and *Mr. Rush Taggart* for the respondents.

———

No. 772. GREAT FALLS & OLD DOMINION RAILROAD COMPANY, PETITIONER, *v.* GERTRUDE T. HILL. February 28, 1910. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Wilton J. Lambert* for the petitioner. *Mr. John A. Kratz, Jr.,* and *Mr. A. E. L. Leckie* for the respondent.

———

No. 773. CHICAGO RAILWAY EQUIPMENT COMPANY, PETITIONER, *v.* THE PERRY SIDE BEARING COMPANY ET AL.